## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

IN RE:
**DIANA E. SNELLING**　　　　　　　　　CASE NO.　　05-92554-BHL-7
　　　**Debtor(s).**

### NOTICE

PLEASE TAKE NOTICE that parties in interest shall have twenty-one (21) days from the date this Notice is served to file an objection to the attached Motion to Avoid Judicial Lien of Discover Bank filed herein on behalf of Debtor. Objections must be filed in writing in accordance with Local Rule S.D.Ind. B-9013-1, and served on the attorney for the debtor at the address listed below. If no objection is timely filed, an order may be entered by the Court for the relief requested.

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served by me, personally or by U.S. Mail, postage pre-paid, on February 2, 2010, to:

| | |
|---|---|
| U.S. Trustee<br>101 W. Ohio Street, Suite 1000<br>Indianapolis, IN 46204 | Weltman, Weinberg & Reis<br>525 Vine Street, Suite 800<br>Cincinnati, OH 45202-3122 |
| Kathryn Pry<br>Chapter 7 Trustee (Terminated)<br>P.O. Box 6771<br>New Albany, IN 47151 | Discover Bank<br>311 Mill Meadow Drive<br>Hilliard, OH 43026 |
| United Community Bank<br>230 Walnut Street<br>Lawrenceburg, IN 47025 | Discover Bank<br>c/o John D. Krisor, Esq.<br>Krisor & Associates<br>P.O. Box 6200<br>South Bend, IN 46660 |
| United Community Bank<br>230 Walnut Street<br>Lawrenceburg, IN 47025 | |
| Discover Bank<br>P.O. Box 15251<br>Wilmington, DE 19886-5251 | |
| Discover Bank<br>c/o Nicholas K. Rohner, Esq. | /s/ N. Alan Miller III<br>N. Alan Miller III |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:
**DIANA E. SNELLING**                    CASE NO.   05-92554-BHL-7
    Debtor(s).

## MOTION TO AVOID JUDICIAL LIEN

    Comes now the Debtor, Diana E. Snelling, by counsel, N. Alan Miller III, and pursuant to 11 U.S.C. 522(f), hereby moves this Court to avoid the judicial lien held by Discover Bank on the following described property: 8973 New Hope Road, Rising Sun, IN 47040.

    In support of this Motion, Debtor states the following:

1. On July 1, 2005, Debtor filed a Chapter 7 bankruptcy. Debtor received a discharge on November 8, 2005 and the case was closed on November 15, 2005.

2. This court has jurisdiction over this Motion, filed pursuant to U.S.C. 522(f), to avoid and cancel a judicial lien held by Discover Bank on property held by Debtor.

3. The above-mentioned lien is a judicial lien entered by the Ohio Circuit Court, Ohio County Courthouse, 413 Main Street, Rising Sun, IN 47040, in Cause No. 58C01-0502-CC-003.

4. The value of the property is $120,000.00.

5. The amount of the judgment held by Discover Bank is $6,732.47, plus costs and post-judgment interest.

6. The amount owed on the first mortgage, held by United Community Bank, is approximately $67,000.00.

7. The amount owed on the second mortgage, also held by United Community Bank, is approximately $20,000.00.

8. Discover Bank holds an additional judicial lien in the amount of $7,554.15, plus costs and post-judgment interest.

9. The amount of the impaired exemption is $6,732.47.

10. Debtor's interest in the property referred to in the preceding paragraphs and encumbered by the lien has been claimed as exempt in this matter. The existence

of the lien impairs the exemptions to which Debtor would be entitled under 11 U.S.C. 522(b).

WHEREFORE, Debtor respectfully requests this Court to enter an Order avoiding the judicial lien and requiring Discover Bank to release the judicial lien and remove it from the local judgment index, if recorded, upon further order of the Court, and for all other relief just and proper in the premises.

>Respectfully submitted,
>/s/ N. Alan Miller III
>N. Alan Miller III, #25708-15
>Attorney for Debtor
>15 W. Center Street
>Lawrenceburg, IN 47025
>Phone: 812.537.0001
>Fax: 812.537.9845
>E-Mail: namiller@zerbegarnerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served by me, personally or by U.S. Mail, postage pre-paid, on February 2, 2010, to:

U.S. Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, IN 46204

Kathryn Pry
Chapter 7 Trustee (Terminated)
P.O. Box 6771
New Albany, IN 47151

United Community Bank
230 Walnut Street
Lawrenceburg, IN 47025

United Community Bank
230 Walnut Street
Lawrenceburg, IN 47025

Discover Bank
P.O. Box 15251
Wilmington, DE 19886-5251

Discover Bank
c/o Nicholas K. Rohner, Esq.
Weltman, Weinberg & Reis
525 Vine Street, Suite 800
Cincinnati, OH 45202-3122

Discover Bank
311 Mill Meadow Drive
Hilliard, OH 43026

Discover Bank
c/o John D. Krisor, Esq.
Krisor & Associates
P.O. Box 6200
South Bend, IN 46660

/s/ N. Alan Miller III
N. Alan Miller III